UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

IN RE: REQUEST FOR RELIEF IN LIGHT OF *Johnson v. United States*, 135 S.CT. 2551 (June 26, 2015), WHICH WAS MADE RETROACTIVE BY THE UNITED STATES SUPREME COURT IN *Welch v. United States*, 136 S.Ct. 1257 (2016)

## AMENDED
## STANDARD PROCEDURAL ORDER

This Amended Standard Procedural Order governs requests for relief in light of *Johnson v. United States*, 135 S.Ct. 2551 (June 26, 2015), which was made retroactive by the United States Supreme Court in *Welch v. United States*, 136 S.Ct. 1257 (2016), and supersedes the Standard Procedural Order signed on June 23, 2016.

By Administrative Order dated May 25, 2016, the Office of the Federal Public Defender for the Middle and Western Districts of Louisiana ("FPD") was appointed to represent any defendant who was previously determined to have been entitled to appointment of counsel or who is now indigent, and who has been identified as possibly qualifying for federal habeas relief in light of *Johnson v. United States*. As a result of this appointment, the FPD reviewed over 150 criminal cases arising from the United States District Court for the Western District of Louisiana that are potentially eligible for relief under *Johnson*. Based on this review, the FPD filed by the June 27, 2016 filing deadline initial Section 2255 motions in the district court and requests to file successive Section 2255 motions in the U.S. Fifth Circuit for those defendants the FPD identified as potentially eligible for relief under *Johnson*. In addition, a number of defendants filed *pro se* initial Section 2241 petitions and 2255 motions in the district court or requests to file successive

Section 2255 motions in the U.S. Fifth Circuit. The FPD has reviewed those filings as well for purposes of seeking to amend or supplement with memoranda in support as needed.

Following the June 27, 2016 filing deadline, a *Johnson* Review Committee, made up of representatives of the FPD and the U.S. Attorney's Office began conferencing for the purpose of reviewing all pending Section 2241 petitions and 2255 motions seeking relief under *Johnson*, whether filed *pro se* or by the FPD. The goal of this review has been to attempt to reach agreement regarding what Section 2241 petitions and 2255 motions can be resolved without litigation, what motions will require litigation and what motions should await further guidance from the circuit court or the U.S. Supreme Court before being resolved or litigated. In this regard, the review committee agreed that certain identified cases required further guidance from the higher courts, which is expected as a result of cases pending before those courts, and filed specific stays in those cases. The review committee also identified a number of cases that involve defendants who, if their Section 2241 petitions and 2255 motions have merit, could potentially be entitled to release now or within the next year and agreed to proposed recommended resolutions of certain of those cases that will be made to the courts. Further, the review committee has identified a number of cases which will require more information before a recommended resolution can be made. This information includes state criminal records that the committee expects will take some time to obtain from various state clerks of court. This review process has taken several months and the committee believes that, despite its best efforts thus far, will take several more months to complete.

Accordingly, IT IS ORDERED that all deadlines for filing supplements, amendments, responses or answers to any Section 2241 petitions and 2255 motions seeking relief under *Johnson*, as well as court decisions on same, be STAYED until February 1, 2017, or until the FPD and the

U.S. Attorney's Office have notified the Court of their agreed upon proposed resolution of the case, whichever is sooner.

ALEXANDRIA, LOUISIANA, this 11 day of October, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE